# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**BRYCE WINSPEAR**                                                 **PLAINTIFF**

**v.**                             **CASE NO. 4:26-CV-00406-BSM**

**DARIUS WOODY,** *et al.*                                         **DEFENDANTS**

### ORDER

Magistrate Judge Joe Volpe's recommended disposition [Doc. No. 4] is adopted. Bryce Winspear's complaint is dismissed without prejudice and the clerk is directed to close his case. This dismissal counts as a "strike" under 28 U.S.C. § 1915(g). No certificate of appealability shall issue.  *See* 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED this 24th day of June, 2026.


_____
UNITED STATES DISTRICT JUDGE