**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**BRYCE WINSPEAR**                                             **PLAINTIFF**

**v.**                        **CASE NO. 4:26-CV-00406-BSM**

**DARIUS WOODY,** *et al.*                                    **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 24th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE